IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JOHNSTON FARM PROPERTIES, L.P., and
CAREY AND NINA JOHNSTON, Individually**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 3:09-cv-148-WHB-LRA**

**CROWNPOINTE RESOURCES, INC.;
DENBURY ONSHORE, LLC;
DENBURY OPERATING COMPANY; and
DENBURY RESOURCES, INC.**     **DEFENDANTS**

### ORDER

This cause is before the Court on the Joint Motion of Plaintiffs, Johnston Farm Properties, L.P., Carey Johnston, and Nina Johnston, and Defendants Denbury Onshore, LLC, Denbury Operating Company, and Denbury Resources, Inc., to Remand. Finding the Motion is well taken:

IT IS THEREFORE ORDERED that the Joint Motion to Remand [Docket No. 14] is hereby granted. The Clerk of Court is directed to remand this lawsuit to the Circuit Court of Madison County, Mississippi, and thereafter close this case.

IT IS FURTHER ORDERED that each party is to bear their own costs and expenses of removal and remand.

SO ORDERED this the 7th day of May, 2009.

                                              s/William H. Barbour, Jr.
                                              UNITED STATES DISTRICT JUDGE